## McCARTY v. THE STATE.

APPEAL from the *Decatur* Common Pleas.

*Per Curiam.*—Prosecution for grand larceny. Judgment for the State. No information is set forth in the record before us, nor does it appear that any such pleading was ever filed in the cause. We must, therefore, hold that the Common Pleas had no jurisdiction. *Claypool* v. *The State*, in this Court, May term, 1862. *Merry* v. *Purdy*, 19 Ala. 710. *Gonzales* v. *The State*, May term, 1862.

The judgment is reversed. The Clerk will give the proper notice for a return of the prisoner. .

*McDonald, Roache* and *Lewis*, and *J. A. Thornton*, for the appellant.